# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Tiffany M Zuzga<br><br>    Debtor(s) | Case No. 13 B 22964 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/31/2013.

2) The plan was confirmed on 08/14/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/14/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2013, 06/27/2014.

5) The case was Dismissed on 07/16/2014.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,665.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,665.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,593.22 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $71.78 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,665.00** |

Attorney fees paid and disclosed by debtor:   $400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advance Health Care for Women | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advance Health Care for Women | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 140.33 | NA | NA | 0.00 | 0.00 |
| Alliance Rec Mgt Spec | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| American Collections | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 739.57 | 523.07 | 523.07 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 912.75 | 987.75 | 987.75 | 0.00 | 0.00 |
| Anchor Oak Park | Unsecured | 1,178.00 | NA | NA | 0.00 | 0.00 |
| Argosy University | Unsecured | 3,362.50 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 273.36 | NA | NA | 0.00 | 0.00 |
| Black Expressions | Unsecured | 79.92 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Central Furniture | Unsecured | 2,098.00 | 1,979.63 | 1,979.63 | 0.00 | 0.00 |
| CHildrens Memorial Hospital | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 1,765.64 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,000.00 | 7,334.05 | 7,334.05 | 0.00 | 0.00 |
| City of Joliet | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| City of Joliet | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| City of Naperville | Unsecured | 81.96 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 121.00 | 547.69 | 547.69 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 24,179.00 | 26,107.67 | 26,107.67 | 0.00 | 0.00 |
| Devon Financial Services Inc | Secured | 2,442.00 | 842.65 | 842.65 | 0.00 | 0.00 |
| Emergency HealthCare Phys B | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Outsourcing | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Fariway Capital Recovery | Unsecured | 3,237.50 | NA | NA | 0.00 | 0.00 |
| Fidelity National Credot Service | Unsecured | 162.20 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 3,000.00 | 3,498.00 | 3,498.00 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 647.90 | 2,005.10 | 2,005.10 | 0.00 | 0.00 |
| Lemont Fire Pro | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Mary E. Lewis MD | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Melrose Park Police Department | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide (Original Credito | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide (Original Credito | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 270.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| My Cash Now | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 387.00 | 404.97 | 404.97 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 657.00 | 592.13 | 592.13 | 0.00 | 0.00 |
| Professnl Acct Mgmt In (Original Credito | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Quality Management & Rentals | Unsecured | 2,196.05 | NA | NA | 0.00 | 0.00 |
| Sinai Medical Group | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,290.00 | 1,290.00 | 1,290.00 | 0.00 | 0.00 |
| Stellar Rec (Original Creditor:01 Comcas | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| Trans World Systems Inc | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| University of Ilinois at Chicago | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Will Count States Attorney | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Zingo Cash | Unsecured | 1,027.45 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $842.65 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$842.65** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$45,540.06** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,665.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,665.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/15/2014                                    By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**